# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **ERIC BAZIS**, *Plaintiff,*<br><br>v.<br><br>**REWORLD PROJECTS, LLC, ET AL.**, *Defendants.* | **CIVIL ACTION**<br><br>No. 24-3818 |

## ORDER

AND NOW, this 8th day of April, 2025, for the reasons in the accompanying memorandum, I **grant** the motion by Plaintiff Bazis to remand this case to the Court of Common Pleas for Delaware County, Pennsylvania (ECF No. 10).

By The Court:

*s/ Catherine Henry*
_____
Catherine Henry, J.